## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MILLENIUM HOME MORTGAGE LLC,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 19-1238** |
| | : | |
| **DANIEL THIERRY,** | : | |
| *Defendant.* | : | |

## <u>ORDER</u>

**AND NOW**, this 26th day of August 2019, upon consideration of

Defendant's Motion to Dismiss (ECF No. 6), Plaintiff's Response (ECF No. 10),

and Defendant's Reply (ECF No. 11), Defendant's Motion to Dismiss (ECF No. 6)

is **GRANTED**.

BY THE COURT:

_____

CHAD F. KENNEY, J.